petition for writ of certiorari granted. Certiorari denied. ■

No. 83–5902 (A–450). WILLIAMS v. KING, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Application for stay of execution of sentence of death, addressed to JUSTICE BRENNAN and referred to the Court, denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application for stay. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 82–2116. DALGETY FOODS, INC. v. AVINA, *ante*, p. 801;

No. 83–5026. JACKSON v. BUTTERWORTH, SHERIFF OF BROWARD COUNTY, FLORIDA, *ante*, p. 916;

No. 83–5104. TORPY v. UNITED STATES, *ante*, p. 856;

No. 83–5369. DONNELL v. FREEMAN ET AL., *ante*, p. 941;

No. 83–5375. CHAPMAN v. BANK OF THE COMMONWEALTH ET AL., *ante*, p. 923; and

No. 83–5481. CASTRO v. FEDERAL DEPOSIT ISURANCE CORPORATION, RECEIVER FOR BANCO CREDITO Y AHORRO PONCENO, ET AL., *ante*, p. 964. Petitions for rehearing denied.

DECEMBER 13, 1983

No. A–455. STEPHENS v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Application for stay